## El Pueblo *v.* Soto.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 79.—Resuelto en junio 5, 1907.

Apelación—Pliego de Excepciones—Relación de Hechos.—No habiendo pliego de excepciones, ni relación de hechos, ni alegato, ni apareciendo de los autos que se haya cometido error fundamental alguno que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Falcón.*

Abogado del apelado: *Sr. Rossy, Fiscal.*

El Juez Asociado Sr. MacLeary, emitió la opinión del tribunal.

El demandado en el presente caso fué declarado culpable el día 16 de enero de 1907, en la Corte de Distrito de Mayagüez, previa acusación por el fiscal y veredicto del jurado, del delito de atentado contra la vida, y fué condenado por la corte en debido tiempo á la pena de reclusión durante siete años en el presidio con trabajos forzados, y al pago de las costas. Contra esta sentencia interpuso recurso de apelación en debida forma para ante esta corte, pero no ha presentado ni pliegos de excepciones, ni relación de hechos; y no se ha presentado ningún alegato por escrito á su favor. El abogado defensor pronunció un argumento oral presentando ciertas objeciones á la forma del veredicto y de la sentencia, pero después de una debida consideración quedan éstas desestimadas.

Habiendo examinado el récord cuidadosamente en este ca
so, y no habiendo encontrado error en el mismo, la sentencia
de la Corte de Distrito de Mayagüez debe ser confirmada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Aso-
ciados Hernández, Figueras y Wolf.